The finding of the other articles on the appellant's person was a part of the original search and proof thereof was admissible. Shuffield v. State, Tex.Cr.App., 20 S.W.2d 1057; and Brown v. State, 159 Tex.Cr.R. 306, 263 S.W.2d 261.

We have considered appellant's other contentions and are of the opinion that they do not reflect error.

[3] Finding the evidence sufficient to support the conviction, the judgment is affirmed.

Opinion approved by the Court.

Willie H. GREEN, Appellant,

v.

The STATE of Texas, Appellee.

No. 28660.

Court of Criminal Appeals of Texas.

Dec. 5, 1956.

No attorney for appellant of record on appeal.

Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The offense is driving while intoxicated; the punishment, one year in jail and a fine of $200.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular and nothing is presented for review. The judgment is affirmed.